THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00954-RBJ

YOLANDA MCCLOUD

    Plaintiff,

v.

SOUTHERN FOODS GROUP, LLC (d/b/a MEADOW GOLD)

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

THIS MATTER, having come to be heard on the parties Stipulated Motion to Dismiss with Prejudice, and the Court having reviewed the same and being fully apprised in the premises;

HEREBY GRANTS the Stipulated Motion to Dismissal with Prejudice. The claims by and between these parties, and this action in its entirety, are dismissed with prejudice with each party to bear its own costs and attorney's fees.

**DATED** this __28th__ day of March 2016.

                **BY THE COURT:**

                _____
                United States District Court Judge